IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 25-CV-03380-NYW-NRN

MONICA RAUSERT,

        Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

        Defendant.

---

## JOINT MOTION FOR EXTENSION OF CASE DEADLINES

Plaintiff, Monica Rausert ("Plaintiff"), and Defendant, The Prudential Insurance Company of America (collectively the "Parties"), by and through their respective attorneys, and pursuant to Local Civil Rule 6.1,  jointly request that the Court extend the remaining case deadlines by sixty (60) days.  In support of their joint motion, the Parties state:

1. In her Complaint, Plaintiff challenges Prudential's denial of her claim for long-term disability ("LTD") benefits under an ERISA-governed employee welfare benefit plan. (ECF No. 1.)

2. On January 21, 2026, this Court entered an Order setting certain case deadlines, including deadlines for filing the administrative record by June 8, 2026, Plaintiff's Opening Brief on the Merits by July 27, 2026,  Defendant's Response Brief by September 2, 2026, Plaintiff's Reply Brief by September 30, 2026, and Joint Motion for Determination by October 9, 2026. (ECF No. 14.)

3. While the Parties have begun settlement discussions, those efforts were delayed due to an expected medical complication affecting Plaintiff's counsel. Now that discussions have resumed, the Parties seek to prioritize resolution before proceeding with briefing.

326209919v.3

4.      In light of the Parties' shared interest in exploring a potential resolution and the upcoming deadline to file the administrative record (June 8, 2026) and the dispositive motion deadline (July 27, 2026), the Parties jointly move to extend the remaining case deadlines by sixty (60) days. This extension will enable the Parties to focus their resources on efforts to resolve this matter rather than divert resources to prepare potentially unnecessary dispositive motions. The Parties agree that sixty (60) days is sufficient time to complete informal settlement discussions.

5.      With the requested 60-day extension, the new case deadlines would be as follows: administrative record due to be filed by August 7, 2026; Plaintiff's opening brief on the merits due September 25, 2026; Defendant's response brief due November 2, 2026, Plaintiff's reply brief due November 30, 2026, and Joint Motion for Determination by December 8, 2026.

6.      This stipulated motion is filed in advance of the deadline to file administrative record and in advance of the current dispositive motion deadline, and it is filed in good faith and not for the purpose of unwarranted delay.

7.      The Parties have not previously requested an extension of time of the case deadlines.

WHEREFORE, the Parties respectfully requests that the Court grant its motion extending the remaining case deadlines by sixty (60) days.

**Dated: May 29, 2026**

By: /s/ *Thomas A. Bulger* (with consent)

Thomas A. Bulger
SILVERN & BULGER, P.C.
4800 Wadsworth Boulevard
#307
Wheat Ridge, CO 80033
303-292-0044
303-292-1466 (fax)
counsel@silvernbulger.com


*Counsel for Plaintiff*

**Dated: May 29, 2026**

By: */s/ Julie M. Kamps*

Julie M. Kamps
SEYFARTH SHAW LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL 60606
312-460-5000
312-460-7000
jkamps@seyfarth.com


*Counsel for Defendant The Prudential Insurance Company of America*

326209919v.3

## **CERTIFICATE OF SERVICE**

I, Julie M. Kamps, an attorney, do hereby certify that I have caused a true and correct copy

of the foregoing STIPULATED MOTION FOR EXTENSION OF CASE DEADLINES to be served upon the

following, by the Court's ECF system, on this 29th day of May, 2026:

> Thomas A. Bulger, Esq.
> Silvern & Bulger, P.C.
> 4800 Wadsworth Boulevard, Suite 307
> Wheat Ridge, Colorado 80033
> T: (303) 292-0044)
> F: (303) 292-1466
> Email: counsel@silvernbulger.com
> Attorney for Plaintiff

*/s/Julie M. Kamps*
Julie M. Kamps

326209919v.3